IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDGAR GIMENEZ,
     Plaintiff,

vs.                                  Case No. 3:08cv549/WS/EMT

STATE OF FLORIDA, et al.,
     Defendants.
_____/

## REPORT AND RECOMMENDATION

       This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).  On December 29, 2008, this court entered an order giving Plaintiff thirty (30) days in which to pay an initial partial filing fee in the amount of $11.14 (Doc. 5).  Plaintiff failed to respond to the order; therefore, on February 3, 2009, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 9).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to respond to the order or pay the initial partial filing fee.[1]

       Accordingly, it is respectfully **RECOMMENDED**:

       That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

---

[1]The court notes that all of the documents sent to Plaintiff by the court since the commencement of his action have been returned marked, "No Longer at this Address" (*see* Docs. 4, 7, 8, 10).  Plaintiff has never notified the court of a change in his address.

At Pensacola, Florida, this 26th day of February 2009.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**