IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


EDGAR GIMENEZ,

        Plaintiff,

v.                                                         3:08cv549-WS

STATE OF FLORIDA, et al.,

        Defendants.

_____

ORDER OF DISMISSAL

      Before the court is the magistrate judge's report and recommendation (doc. 11) docketed February 26, 2009.  The magistrate judge recommends that the plaintiff's complaint be dismissed without prejudice.  The plaintiff's copy of the report and recommendation was returned to the court as undeliverable.  Doc. 12.  Although it is his responsibility to do so, the plaintiff has not provided the court with a current address.  Without a current address, the court has no way to communicate with the plaintiff.

      Accordingly, it is ORDERED:

      1.  The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE for failure to prosecute.

      4.  The clerk shall enter judgment of dismissal, without prejudice, accordingly.

DONE AND ORDERED this ___23rd___ day of __March__, 2009.


                                                  s/ William Stafford
                                                WILLIAM STAFFORD
                                                SENIOR UNITED STATES DISTRICT JUDGE